No. 12–66. SCHULEMAN v. UNION ASSET MANAGEMENT HOLDING A. G. ET AL. C. A. 5th Cir. Certiorari denied. THE CHIEF

JUSTICE took no part in the consideration or decision of this petition.